IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:

**JOHN RAMON CORTES**

    DEBTOR

_____/

Case No. 8:10-bk-10247-
Chapter 13

*Amended*

## CHAPTER 13 PLAN

    You should read this Plan carefully and discuss it with your attorney. Confirmation of this Plan, as modified by the Bankruptcy Court, may modify your rights by providing for payment of less than the full amount of your claim, and/or by setting the value of the collateral securing your claim, and/or by setting the interest rate on your claim. The valuations shown below will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less. The remaining balance of any partially-secured claim shall be unsecured. Payments distributed by the Trustee, as herein provided or as modified by the Court, are subject to the availability of funds.

    All secured creditors, including mortgage creditors, must be paid through the plan as part of the plan payment to the Chapter 13 Trustee. The only exception will be; if a Debtor is current with a secured creditor, the Debtor may file a separate motion asking the court to allow them to make direct payments to that creditor. If the Debtor is allowed to make direct payments, the stay will lift as to that property and creditor, and that property will no longer have any bankruptcy court protection.

**PLAN PAYMENTS AND LENGTH OF PLAN**: The projected disposable income of Debtor(s) is submitted to the supervision and control of Trustee. Debtor(s) shall pay the Trustee by money order or cashier's check following the filing of this Chapter 13 Plan the sum of **$350.00** for 36 months or longer to a maximum of 60 months. Each pre-confirmation plan payment shall include, other than regular ongoing mortgage payments, all adequate protection payments made pursuant to 11 U.S.C. 1326(a)(1)(C).

**CLAIMS GENERALLY**: The amounts listed for claim in this Plan are based upon Debtors best estimate and belief. Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise. Objections to claims must be filed in accordance with the Court's Order Establishing Duties.

**ADMINISTRATIVE CLAIMS**: Trustee will pay in full allowed administrative claims and expenses pursuant to 11 U.S.C. 507(a)(2) as set forth below, unless the holder of such claim or expense has agreed to different treatment of claim.

**TRUSTEE FEES**: Trustee shall receive a fee for each disbursement, the percentage of which is fixed periodically by the United States Trustee.

**ATTORNEYS FEES FOR DEBTOR'S COUNSEL PAID IN PLAN:**

| | |
|---|---|
| Total Amount of Attorney Fees: | **$ 3,600.00** |
| Amount of Attorney Fees paid pre-filing: | **$ 1,100.00** |
| Amount of Attorney Fees Through Plan: | **$ 2,500.00** |

**ATTORNEY FEES TO BE PAID AT $250.00/MONTH**

**PRIORITY CLAIMS:**

(A) Domestic Support Obligations: Debtor(s) is required to pay all post-petition domestic support obligations directly to the holder of the claim. Unless otherwise specified in this Plan, the following priority claims under 11 U.S.C. 507(a)(1), domestic support obligations, will be paid in full pursuant to 11 U.S.C. 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

Name of Creditor: **NONE**

(B) Other Priority Claims (e.g., tax claims): These priority claims will be paid in full, but will not be funded until after all secured claims, lease arrearage claims, and domestic support claims are paid in full.

Name of Creditor: **NONE**

**SECURED CLAIMS:**

  Pre-confirmation Adequate Protection Payments: No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor(s) shall make the following adequate protection payments to creditors pursuant to 11 U.S.C. 1326(a)(1)(C). If the Debtor(s) makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection. If Debtor(s) elects to make such adequate protection payments directly to the creditor, and such creditor is not otherwise paid through the Plan, upon confirmation said claims shall be neither dealt with nor affected by the Plan as confirmed.

   Name of Creditor/Security: **NONE**

   (A) Claims Secured by Real Property which Debtor(s) Intends to Retain/Mortgage payments Paid outside Plan: Debtor(s) will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments directly to the mortgage holders

   Name of Creditors/Security:
   **BANK OF AMERICA 1ST MTG - HOMESTEAD**
   **PAID OUTSIDE THE PLAN**

   (B) Claims Secured by Real Property which Debtor(s) Intends to Retain/Arrearages Paid Through the Plan: In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

   Name of Creditor/Security: **NONE**

   (C) Claims to which 11 U.S.C. 506 Valuation is NOT Applicable: Debts secured by a purchase money

security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within one year of filing. Upon confirmation of the Plan, the interest rate and value shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by Trustee are subject to the availability of funds.  Upon timely written objection filed by a creditor, Debtor may elect to surrender the property to creditor in full satisfaction of the value of the collateral indicated in the creditor's claim.

Name of Creditor/Security:
**NISSAN MOTOR ACCEPTANCE- 2009 NISSAN MURANO**
**BALANCE @ 3 % = $16,000.00**

(C) <u>Claims to which 11 U.S.C. 506 Valuation is Applicable</u>:

Name of Creditor/Security: **NONE**

(D) <u>Secured Claims on Personal Property- Balance Including any Arrearage Paid through Plan</u>: **NONE**

(E) <u>Surrender of Collateral</u>:  Debtor(s) will surrender the following collateral no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan.  Upon Confirmation, the automatic stay will be deemed lifted for the collateral identified below for surrender and the creditor need not file a Motion to Lift the Stay in order to repossess, foreclose upon or sell the collateral.  The collateral will be surrendered in full satisfaction of the Creditor's claim.  Nothing herein is intended to lift any applicable co-debtor stay, or to abrogate Debtors state law contract rights.

Name of Creditor/Security:    Rooms To Go
                              Furniture

                              Best Buy - Electronics

## PLAN SUMMARY

The following summary is intended to provide an estimate of anticipated distributions pursuant to the proposed Chapter 13 Plan. The actual distributions may vary based upon the claims filed and valuations of collateral.

| CREDITORS | AMOUNT TO BE PAID UNDER PLAN |
|---|---|
| 1. Priority | |
|    a. Attorney's Fees $250.00 Month | $ 2,500.00 |
| | |
| 2. Secured Creditors | |
| BANK OF AMERICA 1ST MTG - HOMESTEAD PAID OUTSIDE PLAN | $ 0.00 |
| BANK OF AMERICA 2ND MTG - HOMESTEAD STRIP LIEN | $ 0.00 |
| NISSAN MOTOR- 2009 NISSAN MURANO BALANCE @ *3* % | $ 16,000.00 |
| *Rooms To Go Surrender* | *$ 0.00* |
| *Best Buy Surrender* | *$ 0.00* |
| 3. Executory Contracts | |
|    NONE | $ 0.00 |

**SECURED- LIENS TO BE AVOIDED:**
**BANK OF AMERICA - 2ND MTG - LIEN STRIP - WHOLLY UNSECURED**

**LEASES/EXECUTORY CONTRACTS:**

Name of Creditor/Security: **NONE**

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated amount to be paid to unsecured creditors is **$0.00**

**OTHER PROVISIONS:**

1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2. Payments made to any creditor shall be in the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor(s) until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

| | | | |
|---|---|---|---:|
| 4. | Unsecured Creditors | $ | 0.00 |
| | SUBTOTAL | $ | 18,500.00 |
| 5. | Trustee's fee | $ | 1,850.00 |
| | **TOTAL AMOUNT** | $ | **20,350.00** |
| | **60 Months X $350.00 per month** | $ | 21,000.00 |
| | Pre-confirmation: Chapter 13 Trustee | $ | 350.00 |

## DECLARATION

I, John Ramon Cortes, Debtor in the above styled case, declare under penalty of perjury that I have read the foregoing Chapter 13 Plan, and that it is true and correct to the best of my knowledge, information, and belief.

Date:_____          /s/ JOHN RAMON CORTES
                            _____
                            JOHN RAMON CORTES

*[Signature: John R Cortes 1/27/2011]*

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

IN RE:                                    **Case No. 10-bk-10247**
                                          **Chapter 13**

**John Ramon Cortes**

    DEBTOR
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the AMENDED CHAPTER 13 PLAN has been furnished by U.S. Mail to all creditors and interested parties listed on the attached Mailing on Feb. 22, 2011.

                                        **LAW OFFICE OF THOMAS A. NANNA**
                                        /s/ Thomas A. Nanna

                                        **THOMAS A. NANNA, ESQ**
                                        FLA. BAR NO. 45543
                                        8910 N. DALE MABRY HWY., SUITE 1
                                        TAMPA, FL 33614
                                        PHONE (813) 935-8388

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:10-bk-10247-ALP<br>Middle District of Florida<br>Ft. Myers<br>Tue Feb 22 11:20:49 EST 2011 | HSBC Bank Nevada, N.A.<br>Dennis LeVine & Associates, P.A.<br>c/o David Hicks<br>P.O. Box 707<br>Tampa, FL 33601-0707 | Midland Funding, LLC by American InfoSource<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Midland Funding, LLC by American InfoSource<br>PO Box 248897<br>Oklahoma City, OK 73124-8897 | Nationstar Mortgage<br>7105 Corporate Dr<br>Plano, TX 75024-4100 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| Sam M. Gibbons United States Courthouse<br>801 N. Florida Ave. Suite 555<br>Tampa, FL 33602-3899 | AAA Financial Services<br>PO Box 15019<br>Wilmington DE 19886-5019 | Accounts Receivable<br>PO Box 129<br>Thorofare NJ 08086-0129 |
| American Express<br>PO Box 297879<br>Fort Lauderdale FL 33329-7879 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| BAC Home Loan Servicing, LP<br>Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | Bank of America<br>PO Box 15714<br>Wilmington DE 19886-5714 | Bank of America<br>PO Box 650070<br>Dallas TX 75265-0070 |
| Bank of America, N.A.<br>PO Box 26012, NC4-105-02-99<br>Greensboro, NC 27420-6012 | Barclays Bank Delaware<br>125 S West St<br>Wilmington DE 19801-5014 | CANDICA L.L.C.<br>C O Weinstein And Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121-3132 |
| CITI<br>PO Box 6418<br>The Lakes NV 88901-6418 | Capital One, N.A.<br>2730 Liberty Ave<br>Pittsburgh PA 15222-4704 | Card Services<br>PO Box 13337<br>Philadelphia PA 19101-3337 |
| Chase<br>PO Box 15291<br>Wilmington DE 19886-5291 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 | Cit/Fnut<br>6250 Ridgewood Road<br>St Cloud MN 56303-0820 |
| Citibank South Dakota NA<br>DBA<br>4740 121st St<br>Urbandale, IA 50323-2402 | Citifinancial Retail S<br>Po Box 22066<br>Tempe AZ 85285-2066 | Client Svcs.<br>3451 Harry Truman Blvd<br>Saint Charles MO 63301-9816 |
| Collectcorp<br>455 North 3rd Street<br>Suite 260<br>Phoenix AZ 85004-0630 | Consumer Lending Center<br>3800 Golf Road<br>Suite 300<br>Rolling Meadows IL 60008-4037 | Countrywide Home Loans<br>PO Box 10229<br>Van Nuys CA 91410-0229 |

| | | |
|---|---|---|
| Debt Relief Services<br>13681 Newport Ave<br>Suite #8-406<br>Tustin CA 92780-4689 | Exxmblciti<br>Po Box 6497<br>Sioux Falls SD 57117-6497 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382-9009 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati OH 45274-0789 | First Premier Bank<br>PO Box 5519<br>Sioux Falls SD 57117-5519 |
| First Source Advantage<br>PO Box 628<br>Buffalo NY 14240-0628 | Gemb/Balk<br>Po Box 981491<br>El Paso TX 79998-1491 | Gemb/Ge Money Bank Low<br>Po Box 103065<br>Roswell GA 30076 |
| Gemb/Walmart<br>Po Box 981400<br>El Paso TX 79998-1400 | HSBC<br>P O Box 5238<br>Carol Stream IL 60197-5238 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| HSBC Bank Nevada, N.A.<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | Home Depot<br>Processing Ctr.<br>Des Moines IA 50364-0001 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |
| Integrity Financial Partners<br>PO Box 11530<br>Overland Park KS 66207-4230 | Kay Jewelers<br>PO Box 740425<br>Cincinnati OH 45274-0425 | Keybank Na<br>Po Box 94825<br>Cleveland OH 44101-4825 |
| Kohls<br>PO Box 2983<br>Milwaukee WI 53201-2983 | LTD Financial<br>7322 Southwest Freeway<br>Ste. 1600<br>Houston TX 77074-2053 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding LLC its successors and assigns<br>assignee of CHASE BANK USA, NA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Leading Edge<br>5440 N. Cumberland Ave.<br>Ste. 300<br>Chicago IL 60656-1486 | Lowes<br>PO Box 530914<br>Atlanta GA 30353-0914 |
| Lvnv Funding Llc<br>Po Box 740281<br>Houston TX 77274-0281 | Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303-0820 | Midland Credit Management<br>PO Box 60578<br>Los Angeles CA 90060-0578 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | NCB Management Services<br>PO Box 1099<br>Langhorne PA 19047-6099 | NCC Business Services, Inc<br>PO Box 24739<br>Jacksonville FL 32241-4739 |

| | | |
|---|---|---|
| National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | Nationwide Credit<br>PO Box 26314<br>Lehigh Valley PA 18002-6314 | Nissan Motor Acceptanc<br>Po Box 660360<br>Dallas TX 75266-0360 |
| Nissan Motor Acceptance Corp<br>PO Box 650680<br>Dallas TX 75265-0680 | Northland<br>PO Box 390846<br>Minneapolis MN 55439-0846 | Northstar<br>4285 Genesee St<br>Cheektowaga NY 14225-1943 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 | Paragonway<br>2101 West Ben Whit<br>Austin TX 78704-7516 | Payment Processing<br>PO Box 5243<br>Carol Stream IL 60197-5243 |
| Pentagroup Financial, LLC<br>PO Box 742209<br>Houston TX 77274-2209 | Pine Run HOA<br>PO Box 630<br>Estero FL 33929-0630 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Precision Recovery Analytics, Inc.<br>c/o B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Pro Consulting Services<br>Collection Division<br>PO Box 66768<br>Houston TX 77266-6768 | Processing Center<br>Des Moines IA 50360-0001 |
| Professional Bureau of Col<br>PO Box 628<br>Elk Grove CA 95759-0628 | Sams Club<br>PO Box 530942<br>Atlanta GA 30353-0942 | Sears<br>PO Box 6286<br>Sioux Falls SD 57117-6286 |
| Shell/Citi<br>Po Box 6497<br>Sioux Falls SD 57117-6497 | Sprint<br>PO Box 105243<br>Atlanta GA 30348-5243 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 |
| Sprint Nextel Distribution<br>Attn: Bankruptcy Dept<br>P.O. Box 3326<br>Englewood, CO 80155-3326 | Suncoast Schools Fcu<br>Po Box 11904<br>Tampa FL 33680-1904 | Sunocochsd<br>Po Box 6497<br>Sioux Falls SD 57117-6497 |
| Thd/Cbsd<br>Po Box 6497<br>Sioux Falls SD 57117-6497 | United Recovery<br>P Box 722910<br>Houston TX 77272-2910 | Verizon<br>PO Box 660108<br>Dallas TX 75266-0108 |
| Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702-3397 | Walmart<br>PO Box 530927<br>Atlanta GA 30353-0927 | Wells Fargo<br>PO Box 98752<br>Las Vegas NV 89193-8752 |

| | | |
|---|---|---|
| Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323-2310 | Wffnb/Rooms To Go<br>Po Box 94498<br>Las Vegas NV 89193-4498 | Wfnnb/Crescent Jeweler<br>Po Box 2974<br>Shawnee Mission KS 66201-1374 |
| Zwicker and Assoc.<br>80 Minuteman Rd<br>Andover MA 01810-1008 | John Ramon Cortes<br>19136 Pine Run Lane<br>Fort Myers, FL 33967-4815 | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 |
| Thomas A Nanna<br>Thomas A Nanna PA<br>8910 N Dale Mabry Hwy<br>Suite 1<br>Tampa, FL 33614-1580 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington DE 19850 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Midland Funding, LLC by American InfoSourc<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | (d)Midland Funding, LLC by American InfoSourc<br>PO Box 248897<br>Oklahoma City, OK 73124-8897 | End of Label Matrix<br>Mailable recipients   96<br>Bypassed recipients    2<br>Total                 98 |